# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DOYLE KORDELL HAWK                                                                                    PETITIONER
Reg #35068-177

v.                                            No. 2:10CV00011 JLH/JTR

T.C. OUTLAW, Warden,
FCI- Forrest City                                                                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #2) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE