## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DOYLE KORDELL HAWK                                                                    PETITIONER
Reg #35068-177

v.                                       No. 2:10CV00011 JLH/JTR

T.C. OUTLAW, Warden,
FCI- Forrest City                                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is hereby DISMISSED, WITH PREJUDICE..

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE